UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES M. HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 16-cv-02371-JCS<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 49 |

Plaintiff's counsel moves for attorneys' fees totaling $29,700 pursuant to 42 U.S.C. § 406(b)(1)(A). Dkt. 49. The Court previously ordered counsel to serve her motion on Plaintiff Mercedes Harrison, to allow Harrison an opportunity to be heard if she objected to the request. Dkt. 51. Counsel has filed proof of service (dkt. 52), the deadline for an objection has passed, and Harrison has not filed an objection. For the reason's stated in counsel's motion, Defendant Nancy Berryhill's non-opposition response (dkt. 50), and the Court's previous order, the Court finds counsel's request for fees to be permissible and warranted under § 406(b)(1)(A) and Harrison's fee agreement. After offsetting the $6,000 previously awarded pursuant to the Equal Access to Justice Act, counsel is entitled to $23,700. Defendant shall provide that sum to counsel and provide any further benefits that have been withheld pending resolution of this issue to Harrison.

**IT IS SO ORDERED.**

Dated: April 8, 2019

JOSEPH C. SPERO
Chief Magistrate Judge